William Novotny (#004239)
Timothy J. Thomason (#009869)
David G. Bray (014346)
MARISCAL WEEKS MCINTYRE
   & FRIEDLANDER, P.A.
2901 N. Central Avenue
Suite 200
Phoenix, Arizona  85012-2705
(602) 285-5000
(602) 285-5100 (Facsimile)
william.novotny@mwmf.com

Attorneys for Defendants

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BERNADETTE BRUCE-MORENO,<br><br>        Debtor. | Proceedings Under Chapter 11<br><br>No. 3-08-15204-rdm<br>(in the United States Bankruptcy Court for<br>the Western District of Wisconsin) |
| DIGITAL SYSTEMS ENGINEERING, INC.,<br>an Arizona corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>BERNADETTE BRUCE-MORENO, and<br>JOHN MORENO, husband and wife,<br><br>        Defendants. | Adversary No. 2:08-ap-675<br><br>(Maricopa County Superior Court<br>Case No. CV 2007-005794)<br><br><br>**NOTICE OF REMOVAL** |
| BERNADETTE BRUCE-MORENO, a<br>married person,<br><br>        Counterclaimant,<br><br>vs.<br><br>DIGITAL SYSTEMS ENGINEERING, INC.,<br>an Arizona corporation,<br><br>        Counterdefendant. | |

Pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure, the defendants Bernadette Bruce-Moreno and John Moreno (collectively "Defendants") hereby give notice of the removal of the above-captioned matter from the Superior Court of the State of Arizona, in and for the County of Maricopa ("State Court"), Case No. CV 2007-005794 (the "Removed Action"), to the United States Bankruptcy Court for the District of Arizona (the "Arizona Bankruptcy Court").

In support of this Notice of Removal, the Defendants allege as follows:

1. On or October 1, 2008 (the "Filing Date"), the Defendant Bernadette Bruce-Moreno filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code with the United States Bankruptcy Court for the Western District of Wisconsin ("Wisconsin Bankruptcy Court), Case No. 3-08-15204-rdm ("Bankruptcy Case").

2. On or about April 3, 2007, Plaintiff Digital Systems Engineering, Inc. ("DSE") commenced the Removed Action by filing a Complaint in the State Court against the Defendants. On or about May 7, 2007, Bernadette Bruce-Moreno filed a counterclaim in the Removed Action. On August 24, 2007, DSE filed a First Amended Complaint in the Removed Action.

3. The Removed Action is a case related to the Wisconsin Bankruptcy Case, and the United States District Court for the District of Arizona has jurisdiction over the Removed Action pursuant to 28 U.S.C. § 1334(b). As such, the Removed Action may be removed to the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1452(2). Thus, pursuant to 28 U.S.C. § 157(a), and General Order 01-15 of the United States District Court for the District of Arizona, the Removed Action is referred to the Arizona Bankruptcy Court for disposition.

4. The Removed Case is not a core proceeding within the meaning of 28 U.S.C. § 157(b).

5. The Defendants do no consent to the entry by the Arizona Bankruptcy Court of final orders and judgments in the Removed Action.

6. Pursuant to Rule 9027-1 of the Local Rules of Bankruptcy Procedure for the District of Arizona, a copy of all process and pleadings filed in the Removed Action will be filed separately, within thirty (30) days of the filing of this Notice.

7. This Notice of Removal is signed pursuant to Rule 9011 of the Federal Rules of Bankruptcy Procedure.

8. A true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the State Court.

**MARISCAL, WEEKS, McINTYRE,<br>& FRIEDLANDER, P.A.**

WN/4239

By: _____
William Novotny
Timothy J. Thomason
David G. Bray
Attorneys for Defendants

COPY hand-delivered this 1st
day of October, 2008, to:

The Honorable Joseph C. Kraemer
SUPERIOR COURT MARICOPA COUNTY
222 East Javelina Avenue
Mesa, Arizona 85210-6201

Jay A. Zweig
BRYAN CAVE, LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Attorneys for Plaintiff

WN/4239

_____
U:\ATTORNEYS\WN\Moreno\Notice of Removal (Federal Court) v2.doc